UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



BROOKLYN OFFICE

| | |
|---|---|
| SAMUEL FRIEDMAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MASPETH FEDERAL SAVINGS AND LOAN ASSOCIATION, <br><br> Defendant. | Civil Action No. <br> 13-CV-06295-JBW-SMG <br><br><br> Date: February 4, 2015 |

## ORDER

On January 21, 2015, the Court granted Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement. ECF No. 50. In paragraph 9 of that Order, there is an empty blank that must be completed by the Court, setting the date by which Class members must submit any objections to the proposed Settlement and any application by Plaintiff's Counsel for attorneys' fees, a service award, or expenses. The parties agree to the following proposed schedule. Accordingly, the Court hereby orders that:

1. April 9, 2015 is the date by which Class members must submit any objections to the proposed Settlement and any application by Plaintiff's Counsel for attorneys' fees, a service award, or expenses; and

2. April 16, 2015 is the date by which Plaintiff must file his reply brief in support of: (a) final approval of the Settlement; and (b) Plaintiff's Counsel's application for attorneys' fees, a service award, and/or expenses. Changing the due date for the reply brief will provide Plaintiff with sufficient time to respond to any objections.

Dated: February 23, 2015

_____
Judge Jack B. Weinstein
United States District Judge

