UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL FRIEDMAN,<br>Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>      v.<br><br>MASPETH FEDERAL SAVINGS AND LOAN ASSOCIATION,<br><br>        Defendant. | Civil Action No.<br>13-CV-06295-JBW-SMG<br><br>Hearing: April 23, 2015<br>    10:00 a.m<br>Courtroom: 10B S |

**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PAYMENT OF A SERVICE AWARD TO PLAINTIFF**

TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that, on Thursday, April 23, 2015 at 10:00 a.m., in the Courtroom of the Honorable Jack B. Weinstein, United States District Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 12201, Plaintiff Samuel Friedman ("Plaintiff") will, and hereby does, move the Court, pursuant to Fed. R. Civ. P. 23(e), for an order awarding attorneys' fees, reimbursing expenses, and awarding a service award to Plaintiff. Plaintiff's motion seeks an order awarding:

(1) agreed-upon attorneys' fees and expenses to be paid by Maspeth to Class Counsel in the amount of $535,000; and

(2) a service award to Plaintiff in the amount of $5,000, payable out of the award of attorneys' fees and expenses.

Submitted herewith in support of this Motion are: (a) Plaintiff's Memorandum of Law in Support of Award of Attorneys' Fees, Reimbursement of Expenses, and Payment of an Incentive Award to Plaintiff; (b) the Declaration of Jack I. Zwick, Esq. in Support of Motions for: (1) Final Approval of Class Action Settlement; (2) Class Certification; and (3) Award of Attorneys' Fees, Reimbursement of Expenses, and Payment of a Service Award to Lead Plaintiff; (c) the Declaration of Daryl F. Scott Filed on Behalf of Scott+Scott, Attorneys at Law, LLP in Support of Application for Award of Attorneys' Fees and Reimbursement of Expenses; and (d) the Declaration of Samuel Friedman in Support of Plaintiff's Motion for: (1) Final Approval of Settlement; and (2) Service Award. Plaintiff's Counsel has conferred with Defendant's Counsel, and Defendant does not oppose this motion.

Dated: April 2, 2015                            Respectfully submitted,

                                                /s/ Stephen J. Teti

1

Stephen J. Teti
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
Email: steti@scott-scott.com

Joseph D. Cohen
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: jcohen@scott-scott.com

Jack I. Zwick, Esq.
100 Church Street, Suite 850
New York, NY 10007
Telephone: (212) 385-1900
Email: jack@zwickfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on April 2, 2015, a copy of the foregoing was served electronically on counsel of record for all parties through the Court's CM/ECF system.

Dated: April 2, 2015	<u>*/s/ Stephen J. Teti*</u>
Stephen J. Teti
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
Email: steti@scott-scott.com